# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Alysha B. Smith
Johnson, Rahman & Richards
P. O. Box 98001
Baton Rouge LA 70898

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on July 15, 2026

**REHEARING ACTION: July 15, 2026**

**Docket Number: 25   00681-WCA**

**DANA CORMIER**
**VERSUS**
**SWLA CENTER FOR HEALTH SERVICES,**
**ET AL.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 22-6547**

**BEFORE JUDGES:**

**Hon. Van H. Kyzar**
**Hon. Guy E. Bradberry**
**Hon. Clayton Davis**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **SWLA Center for Health Services** has this day been

**DENIED.**

cc: Gregory Paul Allen Marceaux, Counsel for the Appellant